

**IN THE**
**TENTH COURT OF APPEALS**

————————

**No. 10-13-00165-CV**

**IN RE DR. JOSEPH L. JEYARAJ**

————————

**Original Proceeding**

## MEMORANDUM OPINION

Dr. Joseph L. Jeyaraj's Petition for Writ of Mandamus, filed on May 15, 2013, is

denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed July 11, 2013
[OT06]